No. 92–8486. EVANS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–8495. JENKINS *v.* MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied. ■

No. 92–8505. SHKRELI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8509. LANDON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8517. HALL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–8519. KILPATRICK *v.* DADE COUNTY SCHOOL BOARD ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. ■

No. 92–8522. BARNES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8525. WILLEFORD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–8526. TRIMBLE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–8527. SHIIMI *v.* ASHERTON INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.

No. 92–8529. MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8533. DANIELS *v.* PECAN VALLEY RANCH, INC., ET AL. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 92–8544. GUDAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8546. DOMINGUEZ LIM *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.